Leemore Libesman (State Bar No. 221969)
HOLME ROBERTS & OWEN LLP
777 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5826
Telephone:   (213) 572-4300
Facsimile:    (213) 572-4400

Attorneys for Plaintiffs
MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; BMG MUSIC; CAPITOL RECORDS, INC.; AND WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOTOWN RECORD COMPANY, L.P., a California limited partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership;; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC; a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>     v.<br><br>DANIELLE ADLER,<br><br>                    Defendant. | Case No.: 3:06-cv-00408 PJH<br><br>Honorable Phyllis J. Hamilton<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiffs hereby request that this court continue the Case Management Conference scheduled for April 27, 2006 at 2:30 p.m. to June 22, 2006.  Defendant has not yet answered Plaintiffs' complaint because the parties are still in settlement proceedings and Defendant continues to collect information necessary to resolve this matter.  Therefore, no pretrial scheduling or case management

need be completed at the date originally scheduled.  Plaintiffs further request that all other deadlines set in this action be continued, for the same reasons, as follows:

     1.     Parties are to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan by June 1, 2006.

     2.     Parties are to file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference by June 1, 2006.

     3.     Initial Disclosures, Case Management Statements and the parties' Rule 26(f) Report are due by June 15, 2006.

Dated:  April 20, 2006                    HOLME ROBERTS & OWEN LLP

By:       */s/ Leemore Libesman*
       Leemore Libesman
       Attorneys for Plaintiffs
       MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; BMG MUSIC; CAPITOL RECORDS, INC.; AND WARNER BROS. RECORDS INC.

### ORDER

Good cause having been shown:

**IT IS ORDERED** that the Case Management Conference previously set for April 27, 2006, is continued to June 15 [~~22~~], 2006 at 2:30 p.m.  Parties are to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan by June 1, 2006. Parties are to file a Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference on June 8 [~~1~~], 2006.  Completion of Initial Disclosures, filing of Case Management Statements and the filing and service of the Rule 26(f) Report are due by June 8 [~~15~~], 2006.

Dated:  4/21/06                    By: _____
                                                      Honorable Phyllis J. Hamilton
                                                      United States District Court Judge

[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

#1692 v1